UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-15697 |
| | | CHAPTER 13 |
| NDIAGA DIOUF | | |
| DONNA M. DIOUF | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916466 | $21.09 |

Creditor(s)
Advance America
8379 Colerain Avenue
Cicninnati, Ohio 45239


                                Respectfully submitted,

                                /s/    Margaret A. Burks, Esq.
                                         Margaret A. Burks, Esq.
                                         Chapter 13 Trustee
                                         Attorney No. OH 0030377

                                         Francis J. DiCesare, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0038798

                                         Karolina F. Perr, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0066193

                                         600 Vine Street, Suite 2200
                                         Cincinnati, OH 45202
                                         (513) 621-4488
                                         (513) 621 2643 (Facsimile)
                                         mburks@cinn13.org - Correspondence only
                                         fdicesare@cinn13.org
                                         kperr@cinn13.org
                                         cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                                                     /s/    Margaret A. Burks, Esq.
                                                                   Margaret A. Burks, Esq.

| | |
|---|---|
| Advance America<br>8379 Colerain Avenue<br>Cicninnati, Ohio 45239 | Debtor(s) Counsel<br>JOHN W. ROSE, ESQ.<br>711 PROVIDENT BANK BLDG<br>632 VINE STREET<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>NDIAGA DIOUF<br>131 DANUBE DRIVE<br>APT 201<br>FAIRFIELD, OH  45014-5220<br><br>DONNA M. DIOUF<br>3537 OAKMEADOW LANE<br>CINCINNATI, OH  45239 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |

Registry_Deposit_for_Creditor